UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Patricia Thomas

          Plaintiff,

v.                  Case No.: 1:17−cv−05857
                  Honorable Ronald A. Guzman

Kohl's Department Stores, Inc., et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 17, 2019:

  MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the joint stipulation of dismissal [111], and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), all claims in this matter are dismissed with prejudice in their entirety pursuant to settlement. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.